**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JUNE 21, 2016**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------

| | |
|---|---|
| WD78150 | Christopher Helton vs. State of Missouri |
| WD78303 | Craig Grandstaff vs. State of Missouri |
| WD78377 | Larry Jones vs. State of Missouri |
| WD78865 | David N. Briggs vs. State of Missouri |



**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------

| | |
|---|---|
| WD78510 | State of Missouri vs. Thomas Joseph Presley |